**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

PHILLIP C. FRAZIER                                                                         PLAINTIFF

vs.                                                                    CIVIL ACTION NO. 3:04-CV-366 WS

JO ANNE BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                              DEFENDANT

## FINAL JUDGMENT

This matter, having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and this court, having adopted the Report and Recommendation as its own order, hereby directs that Final Judgment be entered in favor of the Commissioner of Social Security.  The above-styled and numbered cause is dismissed.

**SO ORDERED, THIS THE 31st DAY OF MAY, 2006.**

                                    **s/ HENRY T. WINGATE**

                                    **CHIEF UNITED STATES DISTRICT JUDGE**